UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:22-CV-80453-DMM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**PLTV ALLIANCE LLC, d/b/a SHOP4PATIO,**
**a Florida limited liability company,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

    Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, PLTV ALLIANCE, LLC d/b/a SHOP4PATIO ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice*.  The Parties have entered into a separate settlement agreement relating to attorney's fees, costs and expenses, fully and finally resolving all such claims.  All Parties consent to the form and content of this Stipulation.

    Dated:  June 13, 2022

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T: 954/362-3800 | T: 305/266-9780 |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By\_\_\_\_*s/ Roderick V. Hannah*_____ | By \_\_\_*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 | |

                                                    Fla. Bar No. 0146595

**CARLIN LAW FIRM**
Counsel for Defendant
Victoria Park Centre
1401 East Broward Boulevard
Suite 101
Fort Lauderdale, FL  33301
(954) 440-0901
jcarlin@carlinfirm.com

By:   */s/ Justin C. Carlin*
      JUSTIN C. CARLIN
      Fla. Bar No.068429