UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-80453-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

PLTV ALLIANCE LLC d/b/a SHOP4PATIO,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice, filed June 13, 2022. (DE 16). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 14th day of June, 2022.

                                          Donald M. Middlebrooks
                                          United States District Judge

Copies to:      Counsel of Record